## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) NO: 2:11-CR-247-PMP-CWH
)
WILLIAM S. REED, )
RICHARD C. NEISWONGER, and )
WENDELL L. WAITE, )
)
    Defendants. )

### SUBSTITUTION OF ATTORNEY

Richard C. Neiswonger_____ (~~Plaintiff~~) (Defendant) hereby substitutes
(Name of Party)

Solomon L. Wisenberg (DC Bar No. 464867) of Barnes & Thornburg LLP
(New Attorney)

(Address):  1717 Pennsylvania Avenue, NW, Suite 500, Washington, DC 20006

(Telephone):  (202) 371-6378 , as attorney of record in place and

stead of:  David Z. Chesnoff
(Present Attorney)

DATED: 1/12/12
(Signature of Party)

I consent to the above substitution.

DATED: 1/13/12
(Signature of Present Attorney)

I will comply with LR IA 10-2 within 14 days.

Above substitution accepted.

DATED: 1-12-12                    _____
                                  (Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT.


                              APPROVED:


DATED: January 13, 2012.      _____
                              UNITED STATES DISTRICT JUDGE PHILIP M. PRO